UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSEPH WILLIAM HART,<br><br>    Petitioner,<br><br>    v.<br><br>RON BROOMFIELD, Acting Warden of California State Prison at San Quentin,<br><br>    Respondent. | CASE NO. CV 05-03633 DSF<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

Pursuant to the Order Denying Habeas Relief issued on August 5, 2020, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice, except as to Claims 37 and 41, which are dismissed without prejudice. The Order constitutes final disposition of the Second Amended Petition by the Court.

The Clerk is directed to enter judgment.

Dated: September 1, 2020

                                            DALE S. FISCHER<br>                                 UNITED STATES DISTRICT JUDGE